Sept. 27, 2015

Dear Sirs, (Judge Grant - Judge NEWELL)

Allen C. Isbell petitioned the Appeals court for discretionary review MONA YVETTE NELSON vs. The State of TEXAS, Tr. Ct. No. 1394964. C.C.A. No. PD-0390-15; C.O.A No. 01-13-00769-CR.

I have never SEEN or spoken to MR. Isbell personally or by telephone. My letters to MR. Isbell have all gone unanswered; although, MR. Isbell directed me to write him at his given address. should I have any questions.

I requested to be at all ~~any~~ and any hearing related to my case. And requested verbal arguements; although, MR. Isbell submitted only written ones.

There were several points I wanted listed for discretionary review: ① The fact that all evidence submitted to the FBI, came back negetive.

② I asked for a lawyer and was still interrogated for days, hours afterwards. EVEN after I was informed I was under arrest.

③ Being held in the interrogating rooms after attempting to leave and not being under arrest. Repeatedly asking the investigators to let me go home.

④ The hours of missing interrogation recordings where I was pleading to, just go home.

⑤ The investigators having possession of my cell phone, which would and did show my where abouts ~~at~~ at the times the investigators placed me else where. My phone bill was due, so I didn't have out going calls priveledge, but I still had internet access, which I used throughout the day.

I am writing becouse I am overwhelmed and really don't know what I am doing from a legal stand point. I feel hopeless, but I will keep trying and hoping. So far my cries have fell on deaf ears, yet

I know it's an up hill battle, I know some one will hear my pleas and actually listen, some one who will actually care enough to actually do something about my situation or at least try.

My way of helping myself may be unorthodoxied but I have to make an effort; even though, I know being poor broke and a minority means that the system is not truelly geared towards some one such as my self. Never the less, (my life, me as a person,) there is significant value, both real and symbolic.

I'm writing you two gentlemen as well as a host of others such as Congressess House Committee on Oversight and Govt. Reform and a parade of legislators, and Senators, etc. in hopes that justice is just, justice, for all.

Thank you gentlemen for taking the time to read my letter. When Connie Spence, the D.A. in my trial offered me a deal, I said No, because I truly believed that in the power of evidence and justice. I didn't and still don't know what deal she offered me my lawyered never told me, he just said, "we're not going to take it". I agree.

Sincerely,
Monay: Nelson

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCTOBER 05 2015
Abel Acosta, Clerk